No. 11–5496.  SHEALEY v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–5497.  SWAFFORD v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 11–5498.  RICHARDS v. CURRY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–5499.  SCHOPPE-RICO v. CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 11–5500.  STEBBINS v. WAL-MART STORES, INC.  C. A. 8th Cir.  Certiorari denied.

No. 11–5501.  REDD v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–5502.  EL GHANNAM v. SUBURBAN HOSPITAL INC. ET AL. Ct. Sp. App. Md.  Certiorari denied.

No. 11–5503.  SHIVERS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–5504.  SAEED v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5505.  SMITH v. JACKSON ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 11–5507.  SINGLETON v. SIX FLAGS OVER GEORGIA ET AL. C. A. 11th Cir.  Certiorari denied.

No. 11–5509.  PEREZ v. SALAZAR, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–5510.  CASTILLO-CORPUS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5511.  ORNELAS DIAZ v. CAMPBELL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–5512.  ROBERTS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–5513.  RAMESES v. KERNAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.